UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/24/21
```

|  |  |
|---|---|
| Joshua Adams, |  |
| Plaintiff, |  |
| —v— | 20-cv-10413 (AJN) |
| Haile Bistro, *et al.*, | ORDER |
| Defendants. |  |

ALISON J. NATHAN, District Judge:

The Court is in receipt of the parties' joint letter and proposed case management plan. The parties indicated in paragraph one of their proposed case management plan that they consent to conduct all further proceedings before a Magistrate Judge, including motions and trial. However, the parties also filled out the remaining paragraphs of the proposed case management plan.

By February 26, 2021, IT IS ORDERED that the parties should clarify by joint letter whether they consent to conducting all further proceedings before a Magistrate Judge pursuant to 28 U.S.C. § 636(c). If so, they should fill out the Notice, Consent, and Reference form attached to this order and return the form the Clerk of Court. The form is also available on the Court's website at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge. In this case, the assigned Magistrate Judge will conduct all further proceedings in this case.

If the parties do not consent to conducting all further proceedings before a Magistrate Judge, the Court will enter the parties' case management plan.

IT IS FURTHER ORDERED that the Court finds that a conference is unnecessary at this time and so adjourns *sine die* the initial pretrial conference scheduled for February 26, 2021.

SO ORDERED.

Dated: February 24, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge

AO 85 (Rev. 02/17)  Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
### for the
_____ District of _____

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. |
| _____ | ) | |
| *Defendant* | ) | |

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.*  A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment.  The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court.  A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.*  The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

## Reference Order

**IT IS ORDERED:**  This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date:  _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.  Do not return this form to a judge.